IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 07-cr-000184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6. GERARDO TORIBIO,

    Defendant.

---

ORDER GRANTING MOTION FOR STAND-IN COUNSEL

---

THIS MATTER having come before the Court on the Defendant's Motion, and the Court having considered said motion, it is hereby

ORDERED that Defendant's Motion for Stand-In Counsel is **GRANTED**. It is

FURTHER ORDERED that Mr. Saint-Veltri shall be permitted to have Michael W. Meyrick stand in for counsel Saint-Veltri at the motions hearing scheduled for Friday, May 23, 2008, at 1:30 p.m.

DATED this 7th day of March, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE