## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  GERARDO TORIBIO, a/k/a "Chato," a/k/a "Guero,"

    Defendant.

---

### ORDER FOR TIME SERVED

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on February 19, 2014, it is hereby

    ORDERED that Defendant Gerardo Toribio is sentenced to **TIME SERVED.**

    Dated:  February 19, 2014.

                                       BY THE COURT:

                                       /s/ Wiley Y. Daniel
                                       WILEY Y. DANIEL,
                                       SENIOR UNITED STATES DISTRICT JUDGE