UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  GERARDO TORIBIO, a/k/a "Chato," a/k/a "Guero,"

    Defendant.

## ORDER

The Court has considered the government's motion for the three level acceptance of responsibility reduction pursuant to § 3E1.1 of the United States Sentencing Guidelines being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility [ECF Doc. No. 1319], filed January 17, 2014, is **GRANTED.**  It is further

ORDERED that the Defendant receive a reduction of three levels in the base offense level for acceptance of responsibility as provided by § 3E1.1(a) and (b) of the United States Sentencing Guidelines.

Dated: February 19, 2014.

                                  BY THE COURT:

                                  /s/ Wiley Y. Daniel
                                  WILEY Y. DANIEL,
                                  SENIOR UNITED STATES DISTRICT JUDGE