**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | February 19, 2014 | Probation: | Laura Ansart |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Cathy Bahr |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

Criminal Case No: **07-cr-00184-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Susan "Zeke" Knox

       Plaintiff,

v.

**6. GERARDO TORIBIO, a/k/a Chato, a/k/a**          David L. Owen
**Guero**,

       Defendant.

## SENTENCING

**10:18 a.m.**    Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Friday, November 21, 2008, at 11:00 a.m.
> Plea of Guilty - count one of Second Superseding Indictment**

       APPEARANCES OF COUNSEL.

       Interpreter sworn (Spanish)

       Court's opening remarks.

10:18 a.m.    Statement on behalf of Government (Ms. Knox).

10:19 a.m.    Statement on behalf of Defendant (Mr. Owen).

10:20 a.m.    Statement and argument on behalf of Government (Ms. Knox).

10:22 a.m.      Statement by Defendant on his own behalf (Mr. Toribio).

                Court makes findings.

                Plea of guilty pursuant to Rule 11(c)(1)(C) is **RATIFIED and ACCEPTED.**

**ORDERED:**   Government's Title 18 U.S.C. § 3553(e) and § 5K1.1 Motion for Downward Departure Based on Substantial Assistance [ECF Doc. No. 1321], filed January 17, 2014, is **GRANTED.**

**ORDERED:**   Government's Motion Regarding Acceptance of Responsibility [ECF Doc. No. 1319], filed January 17, 2014, is **GRANTED.**

                Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:**   **Conditions** of **Supervised Release** are:

(X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

(X) If the defendant is not deported, he shall participate in a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Pursuant to Plea Agreement as to Defendant Gerardo Toribio [ECF Doc. No. 1320], filed January 17, 2014, is **GRANTED.**

Order on Motion to Dismiss as to Defendant Gerardo Toribio is **APPROVED BY THE COURT.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:29 a.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :11**