IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**6. GERARDO TORIBIO, a/k/a "Chato," a/k/a "Guero,"**

    Defendant.

___

### AMENDED ORDER
___

THIS MATTER is before the Court on the Government's Motion To Amend Motion To Dismiss Pursuant To Plea Agreement As To Defendant Gerardo Toribio [ECF No. 1379] and my February 26, 2014, Order [ECF No. 1382] granting that motion. After careful consideration, I amend my February 26, 2014, Order [ECF No. 1382] and it is

ORDERED that the Government's motion [ECF No. 1379] is **GRANTED IN PART** and **DENIED IN PART**.  The motion is **GRANTED** in that the Indictment [ECF No. 3], Superseding Indictment [ECF No. 141], and Counts Twelve through Fifteen and Twenty One of the Second Superseding Indictment [ECF No. 478] are **DISMISSED** as to defendant, Gerardo Toribio.  The motion is **DENIED** to the extent the Government seeks to dismiss Count One of the Second Superseding Indictment [ECF No. 478] as to Toribio because he is not charged in that Count. *See* ECF No. 478, p. 2.

- 2 -

Dated: February 26, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge